BROWN, Plaintiff in error, v. STATE, Defendant in error.†

*No. 75-123-CR.   Argued June 1, 1976.—Decided June 30, 1976.*
(Also reported in 243 N. W. 2d 519.)

For the plaintiff in error there were briefs by *Howard B. Eisenberg,* state public defender, and *Robert J. Paul,* assistant state public defender, and oral argument by *Mr. Paul.*

For the defendant in error the cause was argued by *William L. Gansner,* assistant attorney general, with whom on the brief was *Bronson C. La Follette,* attorney general.

PER CURIAM. The court is equally divided on the question of whether the judgment and order should be affirmed or reversed. Mr. Chief Justice BRUCE F. BEILFUSS, Mr. Justice NATHAN S. HEFFERNAN, and Mr. Justice ROLAND B. DAY being of the opinion that the judgment and order should be reversed, and Mr. Justice LEO B. HANLEY, Mr. Justice CONNOR T. HANSEN, and Mr. Justice ROBERT W. HANSEN being of the opinion that the judgment and order should be affirmed, the judgment and order appealed from are affirmed under the rule.

Judgment and order affirmed.

† Motion for rehearing denied, without costs, on October 19, 1976.